FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 AUG -1 PM 3:01

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Tracy McGuinness, )
Plaintiff, )
)
V. )
) C.A. NO.
)
The Health and Hospital Corporation of )
Marion County, a corporation )
Defendants. ) 1:11-cv-1032 TWP-MJD
)

## COMPLAINT AND JURY DEMAND

### A. Parties

1. Plaintiff, Tracy McGuinness, is an individual, who is a citizen of the State of Indiana;

2. The Health and Hospital Corporation of Marion County, doing business as Wishard Health Services (hereinafter "Wishard") is a corporation that is incorporated under the laws of the State of Indiana. Defendant, Wishard, has its principal place of business in Indianapolis, Indiana. Defendant, Wishard, may be served with process by serving its registered agent, MATTHEW GUTWEIN 3838 N. Rural St. INDIANAPOLIS, IN 46205

### B. Nature of Case

3. This is an action by plaintiff, Tracy McGuinness, an employee who is diagnosed with severe chronic migraines and chronic pain disorder and depression and anxiety disorder and ADHD, against Defendant Wishard to redress violations of Title I of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12111 *et seq* and § 504 of the Rehabilitation Act.

## C. Jurisdiction and Venue

4. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 and 1343 (a)(4).

5. Venue is proper in the Southern District of the State of Indiana, Indianapolis division, pursuant to 28 U.S.C. § 1391(b), because the unlawful employment practices described herein were committed within this judicial district.

## D. Exhaustion of Administrative Procedures

6. Section 107(a) of the ADA, 42 U.S.C. § 12117, incorporates by reference § 706 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5, and all conditions precedent to jurisdiction under 42 U.S.C. § 2000e-5(f)(3), have occurred or been complied with;

7. Plaintiff, Tracy McGuinness timely filed with the Equal Employment Opportunity Commission (EEOC) a charge of discrimination against Defendant, Wishard. Plaintiff, Tracy McGuinness received a notice of right to sue from the EEOC within 90 days of the filing of this complaint. A copy of the notice of right to sue is attached as Exhibit A.

## E. Americans With Disabilities Act and Rehabilitation Act

8. Plaintiff, Tracy McGuinness is disabled as she is diagnosed with chronic severe migraines and chronic pain disorder and depression and anxiety disorder and ADHD. She is otherwise qualified to perform the essential functions of a Registered Nurse;

9. Plaintiff, Tracy McGuinness was an employee within the meaning of the ADA and Rehabilitation Act.

10. Wishard has violated the ADA and Rehabilitation Act by intentionally discriminating against Plaintiff, Tracy McGuinness because of her disability. Defendant, Wishard's discriminatory acts include conducting unlawful medical examination and requesting

private, protected medical information and for terminating her from her employment due to her disability;

### E. Damages

11. Plaintiff, Tracy McGuinness suffered the following injuries as a direct and proximate result of defendant's conduct;

    a. Lost income, lost promotional ability, emotional damages, and costs of pursing this action;

### F. Prayer

12. For these reasons, Plaintiff, Tracy McGuinness asks for judgment against Defendants for

    a. injunctive relief;

    b. compensatory damages;

    c. pecuniary damages;

    d. an award of attorney fees and costs; and

    e. all other relief the court deems appropriate.

Respectfully submitted,

_____
Plaintiff, Tracy McGuinness

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| Tracy McGuinness, <br> Plaintiff, <br><br> V. <br><br> The Health and Hospital Corporation of <br> Marion County, a corporation <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO. <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF, TRACY MCGUINNESS'S DEMAND FOR JURY TRIAL

Plaintiff, Tracy McGuinness, asserts her rights under the Seventh Amendment to the U.S. Constitution and demands a trial by jury on all issues, in accordance with Federal Rule of Civil Procedure 38.

Respectfully submitted,

_____
Plaintiff, Tracy McGuinness