UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRACY MCGUINNESS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE HEALTH AND HOSPITAL )<br>CORPORATION OF MARION COUNTY a )<br>corporation, )<br>)<br>Defendant. ) | No. 1:11-cv-01032-TWP-MJD |

## ORDER

The Magistrate Judge submitted his Report and Recommendation regarding this matter. Plaintiff was afforded due opportunity pursuant to statute and the rules of this Court to file any objection. The Court, having considered the Magistrate Judge's Report, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice. Judgment shall issue accordingly.

Date: 08/27/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

TRACY MCGUINNESS
707 E. 84th Street
Indianapolis, IN 46240